IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

XL SPECIALTY INSURANCE
COMPANY,

     Plaintiff,

v.                                  Case No. 5:19-cv-473-RH/MJF

INLAND CONSTRUCTION AND
ENGINEERING INC,

     Defendant.
_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

                                       JESSICA J. LYUBLANOVITS,
                                       CLERK OF COURT

April 30, 2020                  s/ Jeremy Wright
DATE                           Deputy Clerk